1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BEGOIA MORGANDE,

11              Petitioner,                    No. CIV S-07-1824 FCD EFB P

12        vs.

13   JAMES E. TILTON, et al.,

14              Respondent.                    ORDER

15   _____/

16        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

17   U.S.C. § 2254.  Respondent seeks leave to file a brief in excess of 25 pages.  He relies on "Civil

18   L.R. 7-4(b)."  This court has no such rule.  Nor does the court currently have any such page

19   limit.

20        Accordingly, respondent's March 28, 2008, application for leave to file an oversized

21   brief is denied.

22        So ordered.

23   Dated:  May 1, 2008.

24                                   EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE

25

26