IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEGOIA MORGANDE,

    Petitioner,                   No. CIV S-07-1824 FCD EFB P

    vs.

JAMES E. TILTON, et al.,

    Respondents.             ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On May 7, 2008, petitioner requested an extension of time to file and serve a reply. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's May 7, 2008, application is granted and petitioner has 30 days from the date of this order to file a reply.

DATED: May 13, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE