IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BEGOIA MORGANDE,<br><br>                      Petitioner,<br>v.<br><br>JAMES E. TILTON, Secretary of California Department of Corrections and Rehabilitation, et al.,<br><br>                      Respondents. | Case No.  2:07-CV-1824-MMS<br><br>ORDER |

Petitioner Begoia Morgande filed a petition for a writ of habeas corpus on September 5, 2007. This court denied that petition in an order and judgment entered on August 13, 2009. Petitioner has now moved to reopen the time to file an appeal. After 180 days of the judgment, this court lacks the authority to reopen the time to appeal. *See* Fed. R. Civ. P. 77(d); Fed. R. App. P. 4(a)(6)(B); *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

///

///

///

///

1 | Petitioner's motion to extend the time to file a notice of appeal is DENIED.

DATED:    January 13, 2012

/s/ *Mary M. Schroeder*
MARY M. SCHROEDER,
United States Circuit Judge
Sitting by designation