1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

**SACRAMENTO DIVISION**

11
12

| | | |
|---|---|---|
| BEGOIA MORGANDE, | ) | Case No.  2:07-CV-1824-MMS |
| | ) | |
| Petitioner, | ) | ORDER |
| v. | ) | |
| | ) | |
| JAMES E. TILTON, Secretary of California | ) | |
| Department of Corrections and Rehabilitation, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

18
19

In light of the Ninth Circuit's decision in *Morgande v. Tilton*, No. 12-15528

20

(9th Cir. April 12, 2012), Petitioner's motion for a certificate of appealability must

21

be DENIED as moot.  No further filings will be accepted in this closed case.

22
23

DATED:      April 25, 2012

24
25

/s/ *Mary M. Schroeder*

26

MARY M. SCHROEDER,
United States Circuit Judge
Sitting by designation

27
28