1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | | |
|---|---|---|
| BEGOIA MORGANDE, | ) | Case No.  2:07-CV-1824-MMS |
| | ) | |
| Petitioner, | ) | ORDER |
| v. | ) | |
| | ) | |
| JAMES E. TILTON, Secretary of California | ) | |
| Department of Corrections and Rehabilitation, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

In light of the Ninth Circuit's decision in *Morgande v. Tilton*, No. 12-15528 (9th Cir. April 12, 2012), Petitioner's motion for a certificate of appealability must be DENIED as moot.  No further filings will be accepted in this closed case.


DATED:     April 25, 2012


/s/ *Mary M. Schroeder*
MARY M. SCHROEDER,
United States Circuit Judge
Sitting by designation